IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

John R. Crosky,                  :

       Plaintiff,          :    Case No. 2:09-cv-400

  v.                             :    JUDGE MARBLEY

Ohio Department of               :
Rehabilitation and Correction,
et al.,
       Defendants.         :

ORDER

Cathy A. Crosky, the sister of plaintiff John R. Crosky, has requested an additional extension of time on his behalf within which to make service upon defendants Heather Howard, Larry Grant, and Charlie McKee. Ms. Crosky does not appear to be a licensed attorney and apparently derives her authority to file this request from a power of attorney purportedly executed by her brother. The defendants have moved to strike the motion for extension of time. They assert that although Ms. Crosky may be authorized to act as her brother's attorney-in-fact, that power of attorney does not permit her to engage in the practice of law by filing pleadings on Mr. Crosky's behalf.

Title 28, United States Code, Section 1654 provides that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel ..." This statute makes no provision for a non-attorney to represent a litigant in federal court. Reynolds v. City of Columbus, 2008 WL 3874661 at *2 (S.D. Ohio Aug. 13, 2008). Because Ms. Crosky is not an attorney licensed to practice before this Court, she may not file any motions on her brother's behalf pursuant to her power of attorney. See id.

Based on the foregoing, the Court grants the defendants'

motion to strike (#10).  The motion for extension of time (#8) filed by Cathy A. Crosky is hereby stricken.

/s/ Terence P. Kemp
United States Magistrate Judge