**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**John R. Crosky,**

    **Plaintiff,**

    v.                              Case No. 2:09-cv-400

                                      **JUDGE ALGENON L. MARBLEY**

**Ohio Department of**                **Magistrate Judge Kemp**
**Rehabilitation and Correction,**
**et al.,**

    **Defendants.**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED that pursuant to the March 8, 2012 Opinion and Order, the Court GRANTED the Motion for Summary Judgment. This case is DISMISSED WITH PREJUDICE. Judgment is entered in favor of the defendants.

Date:  **March 8, 2012**                **James Bonini, Clerk**

                                              s/Betty L. Clark
                                             Betty L. Clark/Deputy Clerk